OCTOBER 9, 1950.

No. 114. HENDRICKS *v.* SMITH, AUDITOR OF BUTLER COUNTY, ET AL. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. MR. JUSTICE DOUGLAS is of the opinion probable jurisdiction should be noted. *George S. Hawke* and *Robert H. Fosdick* for appellant. *Jackson Bosch* for appellees.

No. 117. CORTINAS *v.* DI GIOVANNI ET AL. *Per Curiam:* The appeal is dismissed for want of jurisdiction. 28 U. S. C. § 1257 (2). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by 28 U. S. C. § 2103, certiorari is denied. *Daniel Wendling* for appellant.

No. 142. GOSSMAN *v.* CALIFORNIA ET AL. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. Appellant *pro se.* *Fred N. Howser,* Attorney General, and *Frank W. Richards,* Deputy Attorney General, for the State of California, appellee.